**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

Honorable Timothy W. Dore
March 29, 2019; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Bankruptcy No. 16-14377 |
| LONNIE JOHN BENSON, | ) |
| d/b/a Humanity Online LLC, | ) ORDER DIRECTING DEBTOR TO |
| | ) TURN OVER PROPERTY OF THE |
| Debtor(s). | ) ESTATE AND AN ACCOUNTING |
| | ) |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the Trustee's Motion for an Order Directing Debtor to Turn Over Property of the Estate and an Accounting, the court having reviewed the pleadings on file herein, and being fully apprised of the circumstances, now, therefore, it is hereby

ORDERED that the debtor, Lonnie John Benson, shall, within fifteen (15) days from the date of this order, turn over to the trustee, Ronald G. Brown, and provide an accounting for, all funds received from the rental of the real property located at 31113 E. Whitehorse Drive, Arlington, Washington 98223, since May 15, 2018.

//// END OF ORDER ////

**ORDER DIRECTING DEBTOR TO TURN
OVER PROPERTY OF THE ESTATE AND
AN ACCOUNTING -** 190306bOrd Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 16-14377-TWD    Doc 212    Filed 04/02/19    Ent. 04/02/19 09:01:10    Pg. 1 of 2

1 Presented By:

2 THE LIVESEY LAW FIRM

3

       /S/ *Rory C. Livesey*
4 _____
  Rory C. Livesey, WSBA #17601
5 Attorney for Trustee

6 The Livesey Law Firm
  600 Stewart Street, Suite 1908
7 Seattle, WA 98101
  (206) 441-0826

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER DIRECTING DEBTOR TO TURN OVER PROPERTY OF THE ESTATE AND AN ACCOUNTING -** 190306bOrd Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826