**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**

**(Dated as of Entered on Docket date above)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Honorable Timothy W. Dore
February 14, 2020; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Bankruptcy No. 16-14377 |
| LONNIE JOHN BENSON, | ) |
| d/b/a Humanity Online LLC, | ) ORDER PRESERVING ASSET |
| | ) FOR THE ESTATE |
| Debtor(s). | ) |
| | ) |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the Trustee's Motion for an Order Preserving Asset for the Estate, the court having reviewed the pleadings on file herein, and being fully apprised of the circumstances, now, therefore, it is hereby

ORDERED that, notwithstanding the language of Section 554 of the Bankruptcy Code, the closing of this estate shall not act as an abandonment of the estate's claim against the debtor for rents collected post-petition from the real property of the estate pursuant to this court's order dated April 2, 2019 (Docket No. 212).

//// END OF ORDER ////

**ORDER PRESERVING ASSET**
**FOR THE ESTATE**
200113fOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1  Presented By:

2  THE LIVESEY LAW FIRM

3
       /S/ *Rory C. Livesey*
4  _____
   Rory C. Livesey, WSBA #17601
5  Attorney for Ronald G. Brown, Trustee

6  The Livesey Law Firm
   600 Stewart Street, Suite 1908
7  Seattle, WA 98101
   (206) 441-0826
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER PRESERVING ASSET**
**FOR THE ESTATE**
200113fOrd   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826